**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No. 5:25cr2-MW**

**BROCK A. WESTROM,**

**Defendant.**
**___________________________/**

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, Brock A. Westrom, by and through undersigned counsel, hereby respectfully moves this Honorable Court to continue his sentencing hearing from March 19, 2026 for a period of two weeks. In support of this motion, Mr. Westrom states the following:

1. On October 28, 2025, Mr. Westrom was convicted by a jury of his peers of one count of enticement of a minor to engage in sexual activity. Mr. Westrom is facing a minimum mandatory penalty of ten years' imprisonment and a maximum of life imprisonment. After the jury returned its verdict, Mr. Westrom was remanded into custody and he has remained at the Tallahassee Federal Detention Center since then. Mr. Westrom's sentencing hearing is currently scheduled for March 19, 2026.

2. Undersigned counsel has a scheduling conflict with the date of the sentencing hearing. Specifically, undersigned counsel has prepaid travel plans for the week of March 16, 2026. Undersigned counsel seeks a brief postponement of the hearing on that basis.

3. The requested continuance is made in good faith and not for the purpose of unnecessary delay.

WHEREFORE, Mr. Westrom requests that this Court enter an order continuing his sentencing hearing from March 16, 2026 for a period of two weeks.

Respectfully submitted,

JOSEPH F. DEBELDER
FEDERAL PUBLIC DEFENDER

/s/ *Elizabeth L. Vallejo*
ELIZABETH L. VALLEJO
Assistant Federal Public Defender
Florida Bar No. 127120
227 N. Bronough Street, Suite 4200
Tallahassee, FL 32301
Phone (850) 942-8818
Fax (850) 942-8809

Attorney for Defendant

## CERTIFICATE OF L.R. 7.1 COMPLIANCE AND WORD COUNT

I hereby certify that I have conferred with Assistant United States Attorney Eric Welch and Meredith Steer and they are in agreement with the relief sought in this motion. This motion contains 377 words.

/s/ *Elizabeth L. Vallejo*
ELIZABETH L. VALLEJO

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished to AUSA Eric Welch and AUSA Meredith Steer, 111 N. Adams Street, 4th Floor, Tallahassee, FL 32301, by Notice of Electronic Filing on this 20th day of January, 2026.

/s/ *Elizabeth L. Vallejo*
ELIZABETH L. VALLEJO