**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CASE NO. 5:25cr2-MW**

**BROCK A. WESTROM**
**_______________________________________/**

**DEFENDANT'S NOTICE OF FILING ADDITIONAL EXHIBITS FOR SENTENCING HEARING**

Defendant, Brock A. Westrom, by and through undersigned counsel, hereby files the additional exhibit (Exhibit 7), which includes two character letters for the Court's consideration at Westrom's sentencing hearing on July 10, 2026 at 9:00 a.m. The letters are from:

1. Ruth Snater

2. Bryant Klein

Respectfully submitted,

JOSEPH F. DEBELDER
FEDERAL PUBLIC DEFENDER

*Elizabeth L. Vallejo*
ELIZABETH L. VALLEJO
Assistant Federal Public Defender
Florida Bar No. 127120
227 N. Bronough Street, Suite 4200

Tallahassee, FL 32301
Phone (850) 942-8818
Fax (850) 942-8809

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished to Assistant United States Attorneys Eric Welch and Meredith Steer via Notice of ECF Filing on this 7th day of July, 2027.

*Elizabeth L. Vallejo*
ELIZABETH L. VALLEJO