# United States District Court

## CRIMINAL MINUTES - SENTENCING

Case No. 5:25cr2-MW Time Commenced: 8:59 a.m.
Date July 10, 2026 Time Concluded: 10:35 a.m.

---

PROCEEDINGS: Sentencing Hearing Held. Defendant sworn. Defendant sentenced to 48 months BOP. 5 years of supervised release imposed. SMA $100. No Fine, JVTA or restitution.

---

PRESENT: HONORABLE CHIEF JUDGE **MARK E. WALKER** Presiding

| Victoria Milton McGee | Danielle Wright | Megan Strawn | Eric Welch | |
|---|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Asst. US Attorney | Interpreter |

---

U.S.A v

(1) BROCK A. WESTROM
☒ present ☒ custody ☐ on release

ATTORNEYS FOR DEFENDANT

Elizabeth Vallejo
☒ present ☒ appointed ☐ retained

---

☒ DFT has read the PSR report and has discussed it with attorney.

☐ Objections were made to the PSR.

☐ Notice of Enhancement filed ☐ Court Question defendant about prior conviction

☒ DEFENDANT ADJUDICATED GUILTY OF COUNT(S): 1; SENTENCE IMPOSED:

☒ REMANDED to custody of Bureau of Prisons:
on count(s) 1 imprisonment for a term of 48 months
___ imprisonment for a term of __ months
with sentences to run ☒ concurrently or ☐ consecutively

☒ S/R or PROBATION:
☒ Supervised Release upon completion of term of imprisonment for a period of 5 years.
☐ Probation for a period of ____ years.
☐ Home Detention of ________ months with Electronic Monitoring

☒ FINE PAYMENT: ☒ Fine & JVTA waived; ☐ Fine of $____; ☒ SMA OF $ 100.00 due immediately

☒ FORFEITURE: ☐ No forfeiture order ☒ DFT. to forfeit assets identified in the order

☒ CUSTODY STATUS:
☒ DFT committed to the custody of the U.S. Department of Justice.

- ☐ DFT to designated institution at his/her own expense no later than __ on.

☒ ADDITIONAL RECOMMENDATION:
- ☐ Substance Abuse Treatment while in the custody of BOP
- ☒ Designation near Jesup, Georgia

☒ SPECIAL CONDITIONS OR MODIFICATIONS (as outlined in PSR):

☐ DFT shall cooperate with the US Probation Officer and the DHS regarding Immigration status

☐ DFT shall not own or possess a firearm, dangerous weapon or destructive device.

☐ DFT shall submit to: ☐ testing for the use of drugs or alcohol;
- ☐ Substance abuse treatment as may be directed by US Probation Officer.
- ☐ Mental Health treatment if deemed necessary by the Probation Officer.

☐ DFT shall provide requested financial information to the U.S. Probation Officer.

☐ DFT shall make any unpaid restitution on a payment schedule to be determined by US Probation.

☐ DFT shall notify the probation officer ten days prior to any change of residence or employment.

☐ DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments.

☐ ADDITIONAL TERMS: As ordered in the judgment

☐ Remaining count(s) are dismissed on government motion.

☒ Court informs Dft of right to appeal.
- ☐ Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.

PROCEEDINGS:

| | |
|---|---|
| 8:59 | Court in session |
| | Court addresses parties |
| 9:01 | Defendant sworn |
| | Court addresses Defendant |
| 9:03 | Court confirms no objections to PSR |
| 9:04 | Court reviews the record |
| 9:06 | Court reviews sentencing guidelines |
| 9:10 | Defense witness: Patrick Fleming – sworn, direct (Vallejo) |
| 9:19 | Cross examination (Welch) |
| 9:20 | Redirect (Vallejo) |
| 9:22 | Statement by the Government (Welch) |
| 9:24 | Statement by Defense (Vallejo) |
| 9:41 | Statement by the Government (Welch) |
| 9:53 | Statement by Defense (Vallejo) |
| 9:57 | Statement by the Government (Welch) |
| 10:01 | Defense character witness: Sarah Westrom |
| 10:11 | Statement by Defendant (Westrom) |
| 10:16 | Statement by the Government (Welch) |
| 10:20 | Statement by Defense (Vallejo) |
| 10:21 | Court states sentence that will be imposed with reasoning |
| 10:32 | Ruling by Court: Defendant sentenced to 48 months BOP. 5 years of supervised release imposed. SMA $100. No Fine, JVTA or restitution. |
| 10:35 | Court adjourned |

Initials of Deputy Clerk: VMM